[Cite as *02/21/2003 Case Announcements,* 2003-Ohio-769.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 21, 2003*

## DISCIPLINARY CASES

2002–2224.   Cuyahoga Cty. Bar Association v. McClain.

Upon consideration of relator's motion for continuance of oral argument currently scheduled for February 25, 2003,

IT IS ORDERED by the court that the motion for continuance be, and hereby is, denied.

## MISCELLANEOUS ORDERS

In re Report of the Commission
on Continuing Legal Education

Charles Edward Clendenin
( # 0016609),
Respondent.

IT IS ORDERED by the court that the motion for reconsideration of this court's order of January 27, 2003, be, and hereby is, denied. For earlier order, see 98 Ohio St.3d 1426, 2003-Ohio-318, 782 N.E.2d 583.